March, 1914] Sunflower Co. *v.* McClurg Bros. Co. 15

107 Miss.] Statement of the case.

Sunflower County *v.* Harry McClurg Bros. Co.

[64 South. 846.]

County Warrants. *Payment. Interest.*
> Where a claim against a county has been allowed and a warrant issued therefor which has been legally registered, it should be paid in the order of its registration without interest.

Appeal from the circuit court of Sunflower county.
Hon. Monroe McClurg, Judge.

Petition for mandamus by Harry McClurg Brothers Company against Sunflower county and others. From an order granting the writ, respondent appeals.

This suit was begun by petition in the circuit court for writ of mandamus to compel the treasurer of the county to pay certain warrants held by the petitioner, Harry Bros. Company, which amount had been allowed by the board of supervisors December 5, 1911, and for which warrants had been issued on said date. The petition also asked for legal interest on said warrants from date of issuance, and prays that the warrants be paid out of the first moneys coming into the treasury; said warrants having been duly registered according to law.

The defendant demurred to the bill, the demurrer was overruled, and, defendant having declined to plead further, there was a judgment for plaintiff, directing the treasurer to pay the warrants held by plaintiff, together with six per cent. interest thereon from date, and directing that said warrants take precedence over all other warrants issued by the county against said funds, except such as had been registered prior to the registration of plaintiff's warrants, unless such warrants as were registered before plaintiff's warrants had not been presented for payment within one year.

*Whitfield & Whitfield,* attorneys for appellant.

*Frank E. Everett,* attorney for appellee.

Argued orally by *A. H. Whitfield,* for appellant.

PER CURIAM. We find no error in this record, except the allowance in the judgment below of interest upon the warrant. With this exception, the action of the court below is approved, and judgment will be entered here as entered below, eliminating interest.

*Affirmed.*